# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 1, 2026

Lyle W. Cayce
Clerk

No. 25-30492
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

WALTER J. MASSEY, JR.,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:05-CR-37-1

Before KING, STEWART, and HO, *Circuit Judges*.

PER CURIAM:[*]

Walter J. Massey, Jr., appeals the sentence imposed following the revocation of his supervised release. He argues, and the Government concedes, that the district court did not orally pronounce at sentencing most of the discretionary standard conditions of supervised release that were later included in the written judgment.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-30492

The parties are correct that the district court did not orally pronounce standard conditions 2 through 9 and 11 through 13. As a result, Massey did not have an opportunity to object, our review is for an abuse of discretion, and the written judgment conflicts with the oral pronouncement of the sentence. *See United States v. Alexander Martinez*, 47 F.4th 364, 366-67 (5th Cir. 2022). The challenged conditions must be stricken from the written judgment. *See id.* at 367-68.

Accordingly, we VACATE the judgment in part and REMAND for the district court to amend its written judgment in accordance with this opinion. The judgment is otherwise AFFIRMED.